O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SKERSTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>　　　　　Defendants. | CASE NO. SA CV 11-00803 DDP (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　　The Court has reviewed the file in this matter and has read and reviewed the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been filed. The Court accepts the Report and adopts it as its Statement of Uncontroverted Facts and Conclusions of Law.

　　　　　DATED: July 30, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE