**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SKERSTON, | CASE NO. SA CV 11-00803 DDP (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COUNTY OF LOS ANGELES, ET AL., | |
| Defendants. | |

The Court, having approved the Report and Recommendation of United States Magistrate Judge, and having accepted the Report and Recommendation as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have and take nothing by her Complaint and that the action is dismissed with prejudice.

DATED: July 30, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE